

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2021

No. 04-21-00502-CV

**IN THE INTEREST OF N.J.E. JR., N.J.E., E.M.E., AND E.J.E.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01973
Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The notice of appeal was filed in the trial court on November 22, 2021. The appellant has been found to be indigent by the trial court. The reporter's record was due on December 2, 2021, ten days after the notice of appeal was filed in the trial court; however, it has not been filed. We therefore ORDER Angie Jimenez, the court reporter responsible for preparing the reporter's record in this appeal, to file the reporter's record on or before **December 27, 2021**.

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court